## Commonwealth *v.* Stern, Appellant.

Before O'BRIEN, J., without a jury.

714

 Argued November 24, 1975.
*Edgar M. Snyder,* with him *Watzman, Levenson & Snyder,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.